IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY L. MIXON,<br>(AIS #160426) | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-00367-WS-C |
| | : | |
| CORIZON, INC., f/k/a CORRECTIONAL<br>MEDICAL SERVICES, INC., et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.   It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 29th day of February, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE