IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY L. MIXON,<br>(AIS #160426)<br><br>Plaintiff,<br><br>vs.<br><br>CORIZON, INC., f/k/a CORRECTIONAL<br>MEDICAL SERVICES, INC., et al.,<br><br>Defendants. | :<br>:<br>:<br>:   CIVIL ACTION 11-00367-WS-C<br>:<br>:<br>: |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 29th day of February, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE