IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY L. MIXON,<br>(AIS #160426) | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-00367-WS-C |
| | : | |
| CORIZON, INC., f/k/a CORRECTIONAL<br>MEDICAL SERVICES, INC., et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 29th day of February, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE
